reargument refused January 4, 1971.

*Guy L. Warman,* with him *Henry G. Beamer, III,* and *Metz, Cook, Hanna & Kelly,* for appellants.

*Donald C. Bush,* with him *Philip A. Faix, Jr.,* and *Griggs, Moreland, Blair & Anderson,* for appellees.

OPINION PER CURIAM, November 12, 1970:
Decree affirmed. Appellants to pay costs.

Commonwealth *v.* Christman, Appellant.

Submitted September 28, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*H. David Rothman,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant.

*Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 7, 1971:
Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Berkman *v.* Mellon National Bank and Trust Company, Appellant.

Argued March 18, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

reargument refused February 16, 1971.

*Harold F. Reed, Jr.,* with him *G. Donald Gerlach, William M. Robinson,* and *Reed, Sohn, Reed & Kunselman,* and *Reed, Smith, Shaw & McClay,* for appellant.

*W. Walter Braham,* with him *Braham, Mitsos & McCracken,* for appellees.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed by an evenly divided court.

Mr. Justice COHEN took no part in the decision of this case.